UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JENNIFER MARTIN-HARRIS                                                                  PLAINTIFF

v.                               No. 2:18-CV-02103

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                          DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 17) from United States Magistrate Judge Erin L. Wiedemann. No objections have been filed and the deadline for objections has passed. The Magistrate recommends that the Court affirm the decision of the Social Security Administration Administrative Law Judge and dismiss this case with prejudice. The Court has reviewed this case and finds that the report and recommendation is proper and contains no clear error with respect to any matter of law or fact. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is AFFIRMED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 26th day of July, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE